```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DANNY VARGAS and              :
GLADYS LATORRE,               :       CIVIL ACTION
                              :       NO. 16-1386
    Plaintiffs,              :
                              :
  v.                          :
                              :
LYNCH, et al.,                :
                              :
    Defendants.              :

### O R D E R

**AND NOW**, this **12th** day of **October, 2016,** upon consideration of Plaintiffs' Complaint (ECF No. 1), Defendants' Motion to Dismiss (ECF No. 4), Plaintiffs' Response in Opposition to the Motion to Dismiss (ECF No. 5), Defendants' Notice of Supplemental Authority (ECF No. 14), and Plaintiffs' Memorandum in Response to Defendants' Notice of Supplemental Authority (ECF No. 15), and following a hearing held on the record on September 15, 2016, it is hereby **ORDERED** as follows:

    1.   Defendants' Motion to Dismiss (ECF No. 4) is **GRANTED.**

    2.   Plaintiffs' Complaint (ECF No. 1) is **DISMISSED without prejudice**.

    The Clerk of Court is directed to mark the case as **CLOSED.**

    **AND IT IS SO ORDERED.**

                                                      /s/ Eduardo C. Robreno
                                                    **EDUARDO C. ROBRENO,    J.**